

# IN THE
# TENTH COURT OF APPEALS

---

### No. 10-18-00297-CV

## IN RE MARVIN MARCELLA HARRIS, SR.

---

### Original Proceeding

---

# ORDER

Relator filed a petition for writ of mandamus on September 14, 2018 and has filed a motion for temporary relief pending this Court's ruling on the petition for a writ of mandamus on September 27, 2018 which he asserts is unopposed. Relator's motion for temporary relief is granted. *See* TEX. R. APP. P. 52.10(b). Accordingly, the effect of the temporary order of July 20, 2018 is stayed until further order of this Court.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order delivered and filed October 3, 2018

